UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEVIN ABDUL GILBERT,

                Petitioner,

    v.

STEPHEN SINCLAIR, *et al.*,

                Respondents.

Case No. C20-6199-RJB

ORDER DISMISSING FEDERAL HABEAS ACTION

    The Court, having reviewed Petitioner's petition for writ of habeas corpus, the Report and Recommendation of Michelle L. Peterson, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

    (1)    The Report and Recommendation (dkt. # 7) is approved and adopted.

    (2)    Petitioner's petition for writ of habeas corpus (dkt. # 4), and this action, are DISMISSED for lack of jurisdiction.

    (3)    In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED.

    (4)    Petitioner's motion for preliminary injunction (dkt. # 5) is STRICKEN as moot.

(5)	The Clerk is directed to send copies of this Order to petitioner and to the Honorable Michelle L. Peterson.

DATED this 22nd day of February, 2021.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER DISMISSING FEDERAL
HABEAS ACTION - 2